**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**FEDERAL TRADE COMMISSION,**
        **Plaintiff,**

-vs-                                                                          Case No.  6:07-cv-146-Orl-18KRS

**RAWLINS & RIVERA, INC. (FL),**
**RAWLINS & RIVERA, INC. (GA),RYAN & REED, INC. (FL),**
**RYAN & REED, INC. (GA),RRI, INC.,ROBERT W. BIRD,**
**JANIS BRUST,JOE L. HUNT, SR.,JOE L. HUNT, JR.,**
**SHANNON HUNT,**
        **Defendants.**
_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Motion to Strike Defendants' Affirmative Defenses (Doc. 54).  The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED and SO ORDERED**.  Defendant's First Affirmative Defense is hereby **STRICKEN**. The motion is **DENIED** in all other respects.

It is **SO ORDERED** in Orlando, Florida, this 14th  day of June, 2007.

                                                                              G. KENDALL SHARP
                                                                              SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
United States Magistrate Judge